# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON, et al, <br><br> Plaintiffs, <br><br> v. <br><br> FRESNO COUNTY SHERIFF, et al., <br><br> Defendants. | Case No. 1:14-cv-00129-AWI-SAB <br><br> ORDER STRIKING COMPLAINT AND DENYING PLAINTIFF PERRY WASHINGTON'S APPLICATION TO PROCEED IN FORMA PAUPERIS <br><br> (ECF Nos. 14, 15) <br><br> THIRTY-DAY DEADLINE |

On February 29, 2014, Plaintiffs Perry Washington and Anthonia Washington filed an unsigned complaint in this action, and Plaintiff Anthonia Washington filed an application to proceed in forma pauperis. (ECF No. 1, 3.) On February 3, 2014, an order issued striking the unsigned complaint, granting Plaintiff Anthonia Washington's application to proceed in forma pauperis, and ordering Plaintiff Perry Washington to file a prisoner application to proceed in forma pauperis within thirty days. (ECF No. 4.)

On February 11, 2014, Plaintiff Anthonia Washington filed a complaint, which was dismissed with leave to amend for failure to state a claim on February 18, 2014. (ECF Nos. 6, 7.) On February 19, 2014, Plaintiff Anthonia Washington filed a motion for reconsideration and a motion for an investigator. (ECF Nos. 8, 9.) An order issued on February 21, 2014, denying Plaintiff's request for reconsideration and an investigator. (ECF No. 10.)

On February 25, 2014, Plaintiffs filed an amended complaint which is pending screening.

1

(ECF No. 11.)  On February 28, 2014, Plaintiffs refiled the January 28, 2014 unsigned complaint and application to proceed in forma pauperis, and February 19, 2014, motion for an investigator. (ECF Nos. 14, 15, 16.)

The refiled complaint shall be stricken from the record as it is unsigned.  (ECF No. 14.) Additionally, Plaintiffs are advised that the amended complaint is now the operative pleading in this action and they are not to refile any previously filed complaint.

The application to proceed in forma pauperis is the same application that was filed on January 29, 2014, which now includes the signature of Plaintiff Perry Washington.  However, Plaintiffs were informed that since Plaintiff Perry Washington is in the Fresno County Jail, he is required to file a prisoner application to proceed in forma pauperis.  Plaintiff Perry Washington's application to proceed in forma pauperis is denied without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' unsigned complaint, filed February 28, 2014, is STRICKEN FROM THE RECORD;

2. Plaintiff Perry Washington's application to proceed in forma pauperis is DENIED without prejudice;

3. The Clerk's office is DIRECTED to send Plaintiff Perry Washington a prisoner application to proceed in forma pauperis; and

4. Within thirty (30) days from the date of service of this order, Plaintiff Perry Washington shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action; and

///
///
///
///
///
///

2

5. If Plaintiff Perry Washington fails to file a prisoner application to proceed in forma pauperis or pay the filing fee in compliance with this order he shall be dismissed from this action.

IT IS SO ORDERED.

Dated: **March 4, 2014**

UNITED STATES MAGISTRATE JUDGE