# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON, et al, | Case No.  1:14-cv-00129-AWI-SAB |
| Plaintiffs, | ORDER REQUIRING PLAINTIFF PERRY WASHINGTON TO SUBMIT CHANGE OF ADDRESS FORM WITHIN FOURTEEN DAYS |
| v. | |
| FRESNO COUNTY SHERIFF, et al., | |
| Defendants. | |

On April 2, 2014, Plaintiff Perry Washington filed a motion to proceed in forma pauperis indicating that he is currently housed at the Fresno County Jail.  According to Plaintiff's first amended complaint he has been housed at the Fresno County Jail since January 2014.  Plaintiff is advised that pursuant to the Local Rules of the United States District Court, Eastern District, he is required to inform the Court of his current address.  L.R. 183(b).

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to send Plaintiff Perry Washington a change of address form;

2. Within fourteen days from the date of service of this order, Plaintiff Perry Washington shall file a change of address form indicating his current mailing address at the Fresno County Jail and his jail identification number; and

1

1     3.    Plaintiff is advised that the failure to comply with this order may result in this

2         action being dismissed.

3

4 IT IS SO ORDERED.

5   Dated:   **April 4, 2014**

                              UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28