# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON, et al, <br><br> Plaintiffs, <br><br> v. <br><br> FRESNO COUNTY SHERIFF, et al., <br><br> Defendants. | Case No. 1:14-cv-00129-AWI-SAB <br><br> ORDER AMENDING FINDINGS AND RECOMMENDATION <br><br> (ECF No. 26) |

On April 8, 2014 a findings and recommendations issued addressing Plaintiffs' first amended complaint. (ECF No. 26.) The findings and recommendations inadvertently referred to the first amended complaint that had been stricken from the record, ECF No. 11. The findings and recommendations is HEREBY AMENDED to address the first amended complaint filed April 2, 2014, ECF No. 27.

IT IS SO ORDERED.

Dated: **April 9, 2014**

UNITED STATES MAGISTRATE JUDGE

1