# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON, et al, <br><br> Plaintiffs, <br><br> v. <br><br> FRESNO COUNTY SHERIFF, et al., <br><br> Defendants. | Case No. 1:14-cv-00129-AWI-SAB <br><br> ORDER STRIKING UNSIGNED MOTION FOR INJUNCTIVE RELIEF <br><br> (ECF No. 32) |

On April 8, 2014, the undersigned issued findings and recommendations finding Perry Washington had stated some cognizable claims and recommending dismissing Anthonia Washington from this action. (ECF No. 26.) Plaintiffs were to file objections within thirty days. On April 29, 2014, the Court granted Plaintiffs an extension of time to file objections to the findings and recommendations. (ECF No. 31.) On May 13, 2014, Plaintiff Anthonia Washington filed an unsigned document which the Court construes as a motion for injunctive relief. (ECF No. 32.)

As Plaintiffs have previously been informed, "unsigned documents cannot be considered by the Court, and Plaintiff's motion for injunctive relief shall be stricken from the record on that ground. Fed. R. Civ. P. 11(a); Local Rule 131(b)." (ECF No. 4.) Further, Anthonia Washington is again advised that neither she, nor her mother who is not named as a party in this action, have standing to request injunctive relief for Perry Washington. In this instance, the Court has

1

addressed this issue on multiple occasions and Anthonia Washington has continued to file motions requesting relief for which she does not have standing. (ECF No. 7 at 7:2-21; ECF No. 10 at 2:6-10; ECF No. 25 at 20:21-3:10; ECF No. 26 at 8:2-14.) The Court will not accept any further such requests from Anthonia or Peryna Washington.

    Accordingly, IT IS HEREBY ORDERED that:

1. The unsigned document filed May 13, 2014 is STRICKEN FROM THE RECORD; and

2. The Office of the Clerk is DIRECTED not to file any further requests for relief filed by Anthonia Washington or Peryna Washington.

IT IS SO ORDERED.

Dated: __**May 15, 2014**__

UNITED STATES MAGISTRATE JUDGE