# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON, et al,<br><br>Plaintiffs,<br><br>v.<br><br>FRESNO COUNTY SHERIFF, et al.,<br><br>Defendants. | Case No.  1:14-cv-00129-AWI-SAB<br><br>ORDER DENYING PLAINTIFF'S MOTION TO FILE ELECTRONICALLY<br><br>(ECF No. 36) |

Plaintiff Anthonia Washington seeks the Court's permission to file documents electronically through the electronic case management/filing ("CM/ECF") system.  Pursuant to the Local Rules , a pro se party shall file and serve paper documents as required by the Rule.  Local Rule 133(a).  A party appearing pro se may request an exception to the paper filing requirement from the court by filing a stipulation of the parties or by motion.  Local Rule 133(b)(2), (3).

Upon review of the pleadings in this action, the instant motion, and Plaintiff's prior actions, the Court finds that this action does not warrant an exception to the Local Rule and Plaintiff's motion for permission to file through CM/ECF is denied.

IT IS SO ORDERED.

Dated:  **July 9, 2014**

UNITED STATES MAGISTRATE JUDGE

1