# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON, et al, <br><br>    Plaintiffs, <br><br>    v. <br><br> FRESNO COUNTY SHERIFF, et al., <br><br>    Defendants. | Case No. 1:14-cv-00129-AWI-SAB <br><br> ORDER REQUIRING PLAINTIFF TO FURNISH FURTHER INFORMATION FOR INITIATION OF SERVICE OF PROCESS <br><br> (ECF No. 50) <br><br> THIRTY-DAY DEADLINE |

Plaintiff Perry Washington, proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 29, 2014. On September 24, 2014, an order was filed adopting findings and recommendations and granting Plaintiff thirty days in which to file an amended complaint or notify the Court that he wanted to proceed only on those claims found to be cognizable in the first amended complaint. On December 22, 2014, Plaintiff filed a notice that he wished to proceed on the claims found to be cognizable in the first amended complaint.

At this juncture, the court is prepared to issue an order directing the United States Marshal to serve process on this defendant. However, for service to be successful, the Marshal and the Fresno County Sheriff must be able to identify and locate the defendant. Plaintiff has not provided any information to identify the Doe Defendant in his amended complaint. Before the court can issue a service order, plaintiff must provide a full name and current address for the defendant, if known. If plaintiff is unable to provide a full name he must provide alternate

1

1  information – such as partial name, title, gender, work assignments, work schedules, etc. –
2  sufficient for the Marshal or the Sheriff's Department to identify the defendant for service. If
3  plaintiff is unable to provide current addresses for this defendant, he must at least provide last-
4  known addresses and any other available information to enable the Marshal to locate the
5  defendant. The Court shall also require Plaintiff to provide all inmate grievance forms related to
6  this incident as they may provide information to identify the Doe Defendant.

7  Plaintiff is cautioned that service cannot go forward unless he provides enough
8  information to serve the defendant, and unsuccessful service may result in Plaintiff's complaint
9  being dismissed. Plaintiff shall be granted thirty days in which to respond to this order with
10  information identifying the defendant.

11  Accordingly, IT IS HEREBY ORDERED that:

12  1.  This action is proceeding against Defendant Doe for deliberate indifference for a
13      2014 incident in which Plaintiff's requests to be moved due to threats from other
14      inmates was denied and for retaliation where Plaintiff was subsequently attacked by
15      inmates after requesting a grievance form;

16  2.  Within thirty days from the date of service of this order, Plaintiff shall send a
17      written response to the court, providing the full name and current address of
18      Defendant Doe for purposes of service in this action;

19  3.  If Plaintiff is unable to provide full name and current address, he must supply
20      sufficient alternate information, such as partial name, title, work assignments,
21      work schedules, last known address, or other similar information to enable the
22      United States Marshal and the Sheriff's Department to identify and locate the Doe
23      Defendant for service of process in this action;

24  4.  Plaintiff shall provide all Fresno County Jail inmate grievance forms related to
25      this incident;

26  5.  Plaintiff's failure to comply with this order shall result in a recommendation that
27      this action be dismissed; and

28  ///

6. Plaintiff's failure to provide sufficient information for service of Doe Defendant shall result in the dismissal of this action for failure to serve.

IT IS SO ORDERED.

Dated: __**December 23, 2014**__

UNITED STATES MAGISTRATE JUDGE