# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON, et al, <br><br> Plaintiffs, <br><br> v. <br><br> FRESNO COUNTY SHERIFF, et al., <br><br> Defendants. | Case No. 1:14-cv-00129-AWI-SAB <br><br> ORDER DENYING MOTION FOR EXTENSION OF TIME AS MOOT AND DISREGARDING REQUEST FILED DECEMBER 30, 2014 <br><br> (ECF Nos. 52, 53) |

      In response to an order issued by this Court, on December 23, 2014, Plaintiff filed a notice that he did not wish to amend his complaint, but wanted to proceed on the claims found to be cognizable in the September 24, 2014 order issued by District Judge Anthony W. Ishii. (ECF No. 50.) On December 23, 2014, an order issued requiring Plaintiff to furnish information for initiation of service of process on the unnamed defendant in this action.

      On December 30, 2014, Plaintiff filed a second notice that he wished to proceed on the claims to be cognizable and a motion for an extension of time to file said notice. (ECF Nos. 52, 53.) As Plaintiff had previously filed a timely notice to proceed, the Court shall deny the motion for an extension of time as moot and disregard the second notice filed on December 30, 2014 as duplicative.

///

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Plaintiff's motion for an extension of time, filed December 30, 2014, is DENIED as MOOT; and

4  2. Plaintiff' request to proceed, filed December 30, 2014, is DISREGARDED.

IT IS SO ORDERED.

Dated:  **January 5, 2015**

UNITED STATES MAGISTRATE JUDGE