# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON, et al,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FRESNO COUNTY SHERIFF, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-00129-AWI-SAB<br><br>ORDER STRIKING NOTICES OF ADDRESSES FOR SERVICE<br><br>(ECF Nos. 55, 56)<br><br>TWENTY DAY DEADLINE |

　　　　On September 24, 2014, District Judge Anthony W. Ishii issued an order finding that Plaintiff stated a claim against an unidentified defendant for a 2014 incident in which he alleges an unknown sheriff deputy was deliberately indifferent to his requests to be moved due to threats from other inmates and for the claim, arising from the same incident, where the unknown deputy allowed an attack by inmates as retaliation for Plaintiff's request for a grievance form, and all other claims and defendants were dismissed from this action.  (ECF No. 43.)  Plaintiff was ordered to either inform the Court that he was willing to proceed on the claims found cognizable or to file an amended complaint.

　　　　On December 22, 2014, Plaintiff filed a notice stating that he wanted to proceed on the claims found to be cognizable in the first amended complaint.  (ECF No. 50.)  An order issued on December 23, 2014, providing Plaintiff with thirty days in which to provide information sufficient to identify the Doe defendant so the Court could order the initiation of service of process.  (ECF No.

1

1 51.) Plaintiff filed two documents entitled "Addresses for Service" on January 20, 2015. (ECF Nos. 54, 55.)

This action is proceeding only on the claims found to be cognizable in the September 24, 2014 order. Plaintiff was ordered to file information to identify the Doe defendant that was involved in this 2014 incident. (ECF No. 51.) Plaintiff was also ordered to provide all Fresno County Jail inmate grievance forms related to this incident and was informed that failure to comply with the order shall result in dismissal of this action for failure to serve. (Id. at 2.)

Plaintiff's current filings include the names of fourteen officers. (ECF No. 55, 56.) Additionally, the second document filed contains allegations regarding an incident that occurred on January 15, 2015. (ECF No. 56.) The Court has previously stricken unresponsive documents in this action in part for Plaintiff including new allegations unrelated to the claims proceeding in this action. (ECF No. 49.) Plaintiff is advised that this action is proceeding only against the unidentified officer involved in the 2014 incident identified in the September 24, 2014 order. Plaintiff has been ordered to provide the Court with information identifying this officer. Therefore, the documents filed on January 20, 2015 shall be stricken as being nonresponsive.

Plaintiff shall be provided with one final opportunity to comply with the December 23, 2014 order. The Court cannot be any clearer that it has been with Plaintiff. The only claims that are being litigated in this action are for the 2014 incident in which he alleges an unknown sheriff deputy was deliberately indifferent to his requests to be moved due to threats from other inmates and for the claim, arising from the same incident, where the unknown deputy allowed the attack by inmates as retaliation for Plaintiff's request for a grievance form. Plaintiff is ordered to provide the Court only with information regarding this officer. Any other information contained in a response that is not related to identification of this officer shall be deemed unresponsive and, due to Plaintiff's history of noncompliance with court orders, the Court shall recommend this action be dismissed. Further, Plaintiff's response must include all Fresno County Jail inmate grievance forms related to this incident or an explanation of why grievance forms are not being provided. (ECF No. 51 at 2.)

///

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's notices filed on January 20, 2015 are stricken from the record as being nonresponsive;

2. Within twenty days from the date of service of this order, Plaintiff shall send a written response to the court, providing the full name and current address of Defendant Doe for purposes of service in this action;

3. If Plaintiff is unable to provide full name and current address, he must supply sufficient alternate information, such as partial name, title, work assignments, work schedules, last known address, or other similar information to enable the United States Marshal and the Sheriff's Department to identify and locate the Doe Defendant for service of process in this action;

4. Plaintiff shall provide all Fresno County Jail inmate grievance forms related to this incident or include an explanation as to why grievance forms are not being provided; and

5. Plaintiff's failure to comply with this order shall result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **January 26, 2015**

UNITED STATES MAGISTRATE JUDGE