# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON, et al, | Case No.  1:14-cv-00129-AWI-SAB |
| Plaintiffs, | ORDER AMENDING FIRST AMENDED COMPLAINT TO SUBSTITUTE OFFICER VELOS FOR UNIDENTIFIED OFFICER |
| v. | |
| FRESNO COUNTY SHERIFF, et al., | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| Defendants. | |
| | THIRTY-DAY DEADLINE |

Plaintiff Perry Washington, proceeding in this action pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983.  On September 24, 2014, an order issued finding Plaintiff had stated a cognizable claim against an unidentified deputy for a 2014 incident in which Plaintiff was assaulted by inmates.  On February 11, 2015, Plaintiff filed a notice naming the unidentified deputy.  Accordingly, Plaintiff's first amended complaint, filed April 2, 2014, shall be amended and Officer Velos is substituted for the unidentified officer.

Accordingly, it is HEREBY ORDERED that:

1. Service shall be initiated on the following defendants:

    **OFFICER VELOS**

1

2.     The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the first amended complaint filed April 2, 2014 (ECF No. 27);

3.     Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a.     One completed summons for each defendant listed above;

    b.     One completed USM-285 form for each defendant listed above;

    c.     Two (2) copies of the endorsed complaint filed April 2, 2014; and

    d.     All CDCR Form 602 documentation submitted in relation to this case;

4.     Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

5.     <u>The failure to comply with this order will result in dismissal of this action</u>.

IT IS SO ORDERED.

Dated:   **February 18, 2015**

UNITED STATES MAGISTRATE JUDGE