# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON, et al,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FRESNO COUNTY SHERIFF, et al.,<br><br>　　　　Defendants. | Case No.  1:14-cv-00129-AWI-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING CLERK'S OFFICE TO ISSUE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 66) |

On May 29, 2015, an order issued requiring Plaintiff to either show cause why this action should not be dismissed for failure to prosecute or file a motion for default based upon Defendant's failure to file a responsive pleading.  On June 5, 2015, Defendant filed an answer to the complaint.  Accordingly, IT IS HEREBY ORDERED that:

　　1.　　The order to show cause filed May 29, 2015, is DISCHARGED; and

　　2.　　The Office of the Clerk is DIRECTED to issue a first informational order in a prisoner civil rights case and a discovery and scheduling order in a prison action.

IT IS SO ORDERED.

Dated:  **June 9, 2015**

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1