# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON, et al,<br><br>Plaintiffs,<br><br>v.<br><br>FRESNO COUNTY SHERIFF, et al.,<br><br>Defendants. | Case No.  1:14-cv-00129-AWI-SAB<br><br>ORDER DISREGARDING POWER OF ATTORNEY<br><br>(ECF No. 74) |

This action was filed on January 29, 2014, by Plaintiff Perry Washington and his sister, Anthonia Washington.  Throughout the pendency of this action, Plaintiff's sister has been advised that she may not represent Plaintiff Perry Washington in this action.  On July 20, 2015, Ms. Washington deposited with the Court a power of attorney designating her as attorney in fact for Plaintiff Perry Washington.  As Plaintiff has been advised on numerous occasions, a non-lawyer may not represent anyone but himself or herself in court.  <u>Johns v. County of San Diego</u>, 114 F.3d 874, 877 (9th Cir. 1997); <u>C. E. Pope Equity Trust v. United States</u>, 818 F.2d 696, 697 (9th Cir. 1987).  Ms. Washington may not act as Plaintiff's attorney-in-fact in this action and the notice of power of attorney filed July 20, 2015, is HEREBY DISREGARDED.

IT IS SO ORDERED.

Dated:   **July 22, 2015**

UNITED STATES MAGISTRATE JUDGE

1