# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON, et al, <br><br> Plaintiffs, <br><br> v. <br><br> FRESNO COUNTY SHERIFF, et al., <br><br> Defendants. | Case No.  1:14-cv-00129-AWI-SAB <br><br> ORDER DENYING PLAINTIFF'S REQUEST FOR CHANGE OF MAILING ADDRESS <br><br> (ECF No. 77) |

On February 5, 2016, Plaintiff filed a request change his address so all documents will be mailed to his family.  (ECF No. 77.)  The local rules require that a pro se party is required to keep the Court informed of his current address.  Local Rule 182(f).  Further, as Plaintiff has repeatedly been informed, Plaintiff's family may not prosecute this action on his behalf.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for a change of his mailing address is DENIED.

IT IS SO ORDERED.

Dated:   **February 5, 2016**

UNITED STATES MAGISTRATE JUDGE