# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON, et al,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FRESNO COUNTY SHERIFF, et al.,<br><br>　　　　　Defendants. | Case No.  1:14-cv-00129-DAD-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE A RESPONSE TO MOTION TO AMEND THE SCHEDULING ORDER WITHIN SEVEN DAYS<br><br>(ECF No. 80) |

On February 5, 2016, Plaintiff filed a motion to amend the scheduling order to extend the discovery deadline in this action.  Defendant is HEREBY ORDERED to file a response to the motion to amend the scheduling order within seven (7) days from the date of service of this order.

IT IS SO ORDERED.

Dated:    **February 11, 2016**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1