# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON, et al, <br><br>Plaintiffs, <br><br>v. <br><br>FRESNO COUNTY SHERIFF, et al., <br><br>Defendants. | Case No. 1:14-cv-00129-DAD-SAB <br><br>ORDER VACATING DATES AND STAYING ACTION <br><br>(ECF Nos. 84, 85, 86) |

On February 5, 2016, Plaintiff filed a motion to amend the scheduling order in this action. (ECF No. 80.) On February 12, 2016, an order issued requiring Defendant to file a response to Plaintiff's motion to amend the scheduling order. (ECF No. 83.) On February 16, 2016, Defendant filed a notice that Plaintiff has been declared incompetent to stand trial in his criminal action and requests a stay of these proceedings until Plaintiff's competency is restored. (ECF Nos. 84-86.)

The Court finds that an indefinite stay of this action is not appropriate. However, based upon the finding of incompetency by the state court, the Court finds that appointment of counsel, and potentially appointment of a guardian ad litem, is appropriate in this instance. Therefore, the Court shall temporarily stay this action while it seeks appointment of counsel for Plaintiff.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. All pending dates in this action are VACATED;
2. The action is stayed while the Court procures counsel to represent Plaintiff in this action.

IT IS SO ORDERED.

Dated:   **February 17, 2016**

UNITED STATES MAGISTRATE JUDGE

2