# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON, et al,<br><br>Plaintiffs,<br><br>v.<br><br>FRESNO COUNTY SHERIFF, et al.,<br><br>Defendants. | Case No. 1:14-cv-00129-DAD-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO REDESIGNATE ACTION AS PRISONER CIVIL RIGHTS |

Upon review of the claims that are proceeding in this action, the Court directs the Clerk of the Court to redesignate this matter as a prisoner civil rights action without the PC designation in the case name.

IT IS SO ORDERED.

Dated: __October 13, 2016__

UNITED STATES MAGISTRATE JUDGE

1