# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON, et al, | Case No. 1:14-cv-00129-SAB |
| Plaintiffs, | ORDER VACATING FEBRUARY 23, 2017 SETTLEMENT CONFERENCE |
| v. | |
| FRESNO COUNTY SHERIFF, et al., | |
| Defendants. | |

On November 7, 2016, the scheduling order in this action issued setting a settlement conference before Magistrate Judge Michael J. Seng for February 23, 2017 at 10:30 a.m. (ECF No. 104.) The order provided that the parties were to submit confidential settlement statements to the court at least one week prior to the settlement conference. (Id. at 6:22-7:10.) The parties did not submit confidential settlement statements in compliance with the November 7, 2016 order. See L.R. 270(d) ("If a party is submitting a confidential settlement conference statement, the party must file a one page document entitled 'Notice of Submission of Confidential Settlement Conference Statement.'")

The court spends considerable time preparing for settlement conferences so as to make it meaningful to the parties and results in a greater likelihood of settlement success. Settlement is extremely important in this district where the judges have one of the highest caseloads per judge

in the United States. The settlement conference statement assists the court in adequately preparing for these matters. They are not pro forma.

Since the parties have failed to comply with the order requiring the confidential settlement statements to be submitted to the Court, the February 23, 2016 settlement conference shall be vacated. Should the parties desire another settlement conference date, they shall confer and contact the courtroom deputy with available dates. However, no settlement conference shall be set until the parties submit a meaningful confidential settlement statement to the court.

Accordingly, IT IS HEREBY ORDERED that:

1. The settlement conference set before Judge Michael J. Seng on February 23, 2017 at 10:30 a.m. in Courtroom 6 is VACATED; and

2. The court will re-set the settlement conference only upon the submission of a meaningful settlement conference statement by the parties and at a time convenient to all parties and the court.

IT IS SO ORDERED.

Dated: **February 21, 2017**

UNITED STATES MAGISTRATE JUDGE