# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON, et al, | Case No. 1:14-cv-00129-SAB |
| Plaintiffs, | ORDER AMENDING NOVEMBER 7, 2016 SCHEDULING ORDER PURSUANT TO STIPULATION OF THE PARTIES |
| v. | |
| FRESNO COUNTY SHERIFF, et al., | (ECF No. 106) |
| Defendants. | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the November 7, 2016 scheduling order is amended as follows:

1. The deadline to conduct non-expert discovery shall be May 8, 2017; and
2. All other aspects of the November 7, 2016 scheduling order remain in effect.

IT IS SO ORDERED.

Dated:  **March 2, 2017**

UNITED STATES MAGISTRATE JUDGE