# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>FRESNO COUNTY SHERIFF, ET AL.,<br><br>    Defendants. | Case No.: 1:14-cv-00129-SAB<br><br>ORDER RE STIPULATION FOR MODIFICATION OF SCHEDULING ORDER<br><br>(ECF No. 108) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall respond Defendants' discovery request on or before June 2, 2017;

2. Defendants shall file a dispositive motion, including for failure to exhaust administrative remedies on or before June 30, 2017; and

3. All other aspects of the November 7, 2016 scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated: __**May 5, 2017**__

                                                             UNITED STATES MAGISTRATE JUDGE