# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON, et al., | Case No. 1:14-cv-00129-SAB |
| Plaintiffs, | ORDER AMENDING SCHEDULING ORDER |
| v. | |
| FRESNO COUNTY SHERIFF, et al., | |
| Defendants. | |

On November 7, 2016, the Court issued a scheduling order in this action. (ECF No. 104.) On May 5, 2017, the Court issued an order modifying the scheduling order and ordering that Defendant shall file a dispositive motion, including for failure to exhaust administrative remedies, on or before June 30, 2017. (ECF No. 109.)

On June 28, 2017, the parties contacted the Court to set an informal telephonic conference regarding amending the scheduling order. On June 28, 2017, the Court conducted an informal telephonic conference to discuss amending the scheduling order. William Schmidt appeared on behalf of Plaintiff and Scott Hawkins appeared on behalf of Defendant.

Based on the informal telephonic conference, and for good cause shown, the Court will extend the deadline for Defendant to file a dispositive motion, including for failure to exhaust administrative remedies, to September 15, 2017. The Court will require Plaintiff to ensure that the statement of undisputed facts is received by Defendant on or before August 25, 2017. In

1

addition, the Court vacates the pre-trial conference date and the trial date in this matter. If necessary, a new trial date and pre-trial conference date will be set after Defendant's dispositive motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall ensure that the statement of undisputed facts is received by Defendant on or before August 25, 2017;
2. The deadline for Defendant to file a dispositive motion, including for failure to exhaust administrative remedies, is amended to September 15, 2017;
3. The pre-trial conference date and trial date are VACATED and will be re-set after the dispositive motion is decided; and
4. All other aspects of the November 7, 2016 scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated: **June 28, 2017**

UNITED STATES MAGISTRATE JUDGE