# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON, et al., | Case No. 1:14-cv-00129-SAB |
| Plaintiffs, | ORDER RE STIPULATION TO AMEND SCHEDULING ORDER |
| v. | (ECF No. 112) |
| FRESNO COUNTY SHERIFF, et al., | |
| Defendants. | |

On November 7, 2016, the Court issued a scheduling order in this action. (ECF No. 104.) On May 5, 2017, the Court issued an order modifying the scheduling order and ordering that Defendant shall file a dispositive motion, including for failure to exhaust administrative remedies, on or before June 30, 2017. (ECF No. 109.)

On June 29, 2017, following a telephonic conference with the parties, the Court extended the deadline for Defendant to file a dispositive motion, including for failure to exhaust administrative remedies, to September 15, 2017, and required Plaintiff to ensure that the statement of undisputed facts is received by Defendant on or before August 25, 2017.

Although the parties did not specifically request to extend the deadline for Plaintiff to ensure that the statement of undisputed facts is received by Defendant, the stipulation indicates that Plaintiff has not yet sent the statement of undisputed facts. Therefore, the Court shall set a new deadline for Plaintiff to ensure that the statement of undisputed facts is received by

1

Defendant.

Accordingly, IT IS HEREBY ORDERED that:

1. The deadline for Defendant to file a dispositive motion, including for failure to exhaust administrative remedies, is amended to October 9, 2017;
2. Any dispositive motion shall be set for hearing pursuant to the Local Rules;
3. Plaintiff shall ensure that the statement of undisputed facts is received by Defendant on or before September 15, 2017; and
4. All other aspects of the November 7, 2016 scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated: **September 1, 2017**

UNITED STATES MAGISTRATE JUDGE