# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>FRESNO COUNTY SHERIFF, et al.,<br><br>    Defendants. | Case No. 1:14-cv-00129-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE AMENDED CONSENT FORM WITHIN FIVE DAYS<br><br>(ECF No. 102) |

    This action is currently proceeding against Defendant Tony Velos on Plaintiff's claims in the first amended complaint for deliberate indifference and retaliation. On November 4, 2016, a consent form was filed on behalf of the Fresno County Sheriff. However, the Fresno County Sheriff is not the defendant in this action.

    Accordingly, IT IS HEREBY ORDERED that Defendant Velos shall file an amended consent form indicating whether he consents to or declines magistrate judge jurisdiction within five days from the date of entry of this order. Defendant Velos is advised that he is free to withhold consent or decline magistrate jurisdiction without adverse substantive consequences.

IT IS SO ORDERED.

Dated: **November 13, 2017**

                                                        UNITED STATES MAGISTRATE JUDGE