# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON, et al, <br><br> Plaintiffs, <br><br> v. <br><br> FRESNO COUNTY SHERIFF, et al., <br><br> Defendants. | Case No. 1:14-cv-00129-SAB <br><br> ORDER RE STIPULATION TO CONTINUE REPLY DEADLINE AND CONTINUING ORAL ARGUMENT ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT TO DECEMBER 6, 2017 <br><br> (ECF No. 119) |

Defendant Velos filed a motion for summary judgment which is currently set for oral argument on November 29, 2017. Plaintiff Washington filed an opposition to the motion for summary judgment on November 14, 2017. Upon review of the opposition, the Court ordered a supplemental opposition to be filed by November 20, 2017; and the deadline for Defendant to file a reply was extended to November 27, 2017.

On November 17, 2017, the parties filed a stipulation to continue the deadline for Defendant Velos to reply to Plaintiff's opposition. The Court shall approve the stipulation of the parties and the hearing on the motion shall be continued one week to accommodate the reply deadline.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant Velos' reply shall be filed on or before December 1, 2017; and

1

2. The hearing set for November 29, 2017, is continued to December 6, 2017, at 10:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated: **November 20, 2017**

_____
UNITED STATES MAGISTRATE JUDGE