# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON, et al,<br><br>    Plaintiffs,<br><br>v.<br><br>FRESNO COUNTY SHERIFF, et al.,<br><br>    Defendants. | Case No. 1:14-cv-00129-SAB<br><br>ORDER FOLLOWING CASE MANAGEMENT CONFERENCE<br><br>**Pre-Trial Conference:**<br>    April 6, 2018, at 9:30 a.m.<br>    Courtroom 9<br><br>**Motion in Limine Deadlines:**<br>    Filing: April 18, 2018<br>    Response: April 25, 2018<br>    Hearing: May 2, 2018, at 10:00 a.m.<br>    Courtroom 9 (SAB)<br><br>**Trial:** May 15, 2018, at 8:30 a.m.<br>    Courtroom 9 (SAB)<br>    Jury Trial – 2-3 Days |

On November 7, 2016, the scheduling order issued in this action setting all pretrial and trial dates. (ECF No. 104.) On June 29, 2017, the scheduling order was amended at the stipulation of the parties and the pretrial and trial dates were vacated to be set following decision on any dispositive motions that were filed. (ECF No. 110.) On December 6, 2017, an order was filed denying Defendant's motion for summary judgment. (ECF No. 125.)

A case management conference was held on December 21, 2017. Counsel William Schmidt and Jeffrey Eisinger appeared for Plaintiff and Scott Hawkins appeared for Defendant. Pursuant to the discussion at the case management conference the following scheduling order is set in this action.

1

**I.     Motion for Reconsideration**

Any motion for reconsideration of the order denying Defendant's motion for summary judgment shall be filed on or before **January 12, 2018**, and set for hearing according to **Rule 230 of the Local Rules** of the Eastern District of California.  Counsel are directed to **Rule 230(j) of the Local Rules** for the requirements on a motion for reconsideration.

**II.    Pre-Trial Conference Date**

The Pre-Trial conference is set for **April 6, 2018, at 9:30 a.m. in Courtroom 9** before United States Magistrate Judge Stanley A. Boone.

The parties are ordered to file a **Joint Pretrial Statement pursuant to Local Rule 281(a)(2).** The parties are further directed to submit a digital copy of their Pretrial Statement in Word format, directly to Magistrate Judge Stanley A. Boone's chambers by email at saborders@caed.uscourts.gov.

Counsels' attention is directed to **Rules 281 and 282 of the Local Rules**, as to the obligations of counsel in preparing for the pre-trial conference.  The Court will insist upon strict compliance with those rules.  In addition to the matters set forth in the Local Rules, the Joint Pretrial Statement shall include a Joint Statement of the Case to be used by the Court to explain the nature of the case to the jury during voir dire.

**III.   Motions In Limine and Hearing**

Any party may file a motion in limine, which is a procedural mechanism to limit in advance testimony or evidence in a particular area.  United States v. Heller, 551 F.3d 1108, 1111 (9th Cir. 2009) (quotation marks omitted).  The Court orders the parties to meet and confer to attempt to come to an agreement on any issue before it is presented to the Court in a motion in limine.  If this Court surmises that the parties have filed motions in limine without meaningful, genuine attempts to meet and confer, this Court will strike the motions in limine and remove them from calendar.

This Court further orders the parties to file motions in limine only with respect to important, critical matters.  Most evidentiary issues can be resolved easily with a conference between counsel or with the Court.  Motions in limine on abstract evidentiary issues or issues

more appropriately addressed by the Court on a case-by-case basis (such as a motion in limine to exclude all irrelevant evidence) will be looked upon with disfavor.

The parties shall not file separate motions in limine for every issue presented to the Court. Rather, each party may file one consolidated motion in limine which is subdivided into separate sections for each issue setting forth the legal authority and analysis. The responding party shall file one opposition in response addressing each motion in limine issue in a separate section. Counsel are advised that moving and opposition papers must be brief, succinct and well-organized.

The parties, after meeting and conferring, shall file and serve their truly disputed motions in limine no later than **April 18, 2018**. Oppositions in response to such motions in limine shall be filed and served no later than **April 25, 2018**. This Court will neither accept nor consider reply papers. This Court will conduct a hearing on the motions in limine on **May 2, 2018, at 10:00 a.m.** in Courtroom 9 (SAB) of this Court, unless this Court determines that a hearing is not necessary.

**IV.** **Trial Date**

Trial is set for **May 15, 2018, at 8:30 a.m. in Courtroom 9** before United States Magistrate Judge Stanley A. Boone.

A. This is a jury trial.

B. Counsels' Estimate of Trial Time: 2 to 3 days.

C. Counsels' attention is directed to Local Rule 285 for the Eastern District of California and the Court's website under Judge Boone and his trial procedures found under Case Management Procedures.

IT IS SO ORDERED.

Dated: **December 21, 2017**

UNITED STATES MAGISTRATE JUDGE

3