# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON, et al, <br><br> Plaintiffs, <br><br> v. <br><br> FRESNO COUNTY SHERIFF, et al., <br><br> Defendants. | Case No. 1:14-cv-00129-SAB <br><br> ORDER AMENDING SCHEDULING ORDER <br><br> (ECF No. 128) |

On December 22, 2017, a scheduling order issued following the case management conference setting this matter for a jury trial on May 15, 2018, for 2-3 days. (ECF No. 128.)

A telephonic conference was held on January 11, 2018. Counsel William Schmidt and Jeffrey Eisinger appeared for Plaintiff and Scott Hawkins appeared for Defendant. For the reasons stated on the record, the trial is continued to May 22, 2018, at 8:30 a.m. for a 2-3 day jury trial.

In addition, at the hearing and pursuant to the stipulation of the parties, any motion for reconsideration of the order denying Defendant's motion for summary judgment shall be filed on or before January 19, 2018.

All other dates and aspects of the December 22, 2017 scheduling order (ECF No. 128) shall remain the same.

Accordingly, IT IS HEREBY ORDERED that:

1. The trial is continued to **May 22, 2018, at 8:30 a.m. in Courtroom 9** before United States Magistrate Judge Stanley A. Boone for a 2-3 day jury trial;

2. Any motion for reconsideration of the order denying Defendant's motion for summary judgment shall be filed on or before **January 19, 2018**, and set for hearing according to **Rule 230 of the Local Rules** of the Eastern District of California. Counsel are directed to **Rule 230(j) of the Local Rules** for the requirements on a motion for reconsideration; and

3. All other dates and aspects of the December 22, 2017 scheduling order (ECF No. 128) shall remain the same.

IT IS SO ORDERED.

Dated: **January 11, 2018**

UNITED STATES MAGISTRATE JUDGE