# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON,<br><br>        Plaintiff,<br><br>    v.<br><br>VELOS,<br><br>        Defendant. | Case No. 1:14-cv-00129-SAB<br><br>AMENDED SCHEDULING ORDER |

On December 22, 2017, a scheduling order issued setting pretrial and trial dates in this matter. (ECF No. 128.) On January 11, 2018, an amended scheduling order was issued setting the trial in this matter for May 22, 2018. (ECF No. 132.) Currently, there is an evidentiary hearing set for April 10, 2018, regarding whether Plaintiff has exhausted his administration remedies in this action. To avoid the waste of the parties' and judicial resources, the Court shall amend the scheduling order to allow decision on whether Plaintiff has exhausted administrative remedies prior to holding the pretrial conference and the filing of motions in limine.

Accordingly, it is HEREBY ORDERED that the scheduling order is amended as follows:

1. The pretrial conference is CONTINUED from April 6, 2018, to **April 20, 2018, at 2:00 p.m.** in Courtroom 9 (SAB);
2. Motions in limine shall be filed on or before **April 27, 2018**;
3. Oppositions to motions in limine shall be filed on or before **May 4, 2018**;

1

4. The hearing on motions in limine hearing is continued from May 2, 2018, to **May 15, 2018, at 10:30 a.m.** in Courtroom 9 (SAB); and

5. The trial shall remain for **May 22, 2018 at 8:30 a.m.** in Courtroom 9 (SAB).

IT IS SO ORDERED.

Dated: **March 20, 2018**

_____
UNITED STATES MAGISTRATE JUDGE