# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON, et al, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>FRESNO COUNTY SHERIFF, et al., <br><br>　　　　Defendants. | Case No. 1:14-cv-00129-SAB <br><br> ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE PERRY WASHINGTON, CDCR# BB3202 <br><br> (ECF No. 140) |

On March 9, 2018, a writ of habeas corpus ad testificandum issued to transport Plaintiff Perry Washington to Court to appear for an evidentiary hearing on April 10, 2018. On March 12, 2018, an amended order issued. On April 1, 2018, a memorandum was received from the Correctional Case Records Supervisor at Mule Creek State Prison stating that Plaintiff was scheduled to be released from custody on April 1, 2018. A copy of the letter was provided to counsel for the parties in this action; and Plaintiff's counsel confirmed that Plaintiff has been released. Further, a review of the Department of Corrections website indicates that there is no inmate by Plaintiff's name in custody.

Accordingly, the writ of habeas corpus ad testificandum to transport Plaintiff Perry Washington is HEREBY VACATED.

IT IS SO ORDERED.

Dated: **April 5, 2018**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1