# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON, et al, <br><br> Plaintiffs, <br><br> v. <br><br> FRESNO COUNTY SHERIFF, et al., <br><br> Defendants. | Case No. 1:14-cv-00129-SAB <br><br> SECOND AMENDED SCHEDULING ORDER <br><br> (ECF No. 141) |

On April 10, 2018, an evidentiary hearing was held to consider whether Plaintiff had exhausted his administrative remedies in this matter. To allow time for the Court to rule on the issue, the March 20, 2018 scheduling order is amended as follows.

| | |
|---|---|
| Pretrial Conference | May 1, 2018 at 10:00 a.m. in Courtroom 9 |
| Motions in Limine filing: | May 3, 2018 |
| Response to Motion in Limine: | May 10, 2018 |
| Motion in Limine Hearing: | May 15, 2018 at 10:30 a.m. in Courtroom 9 |

Trial remains for May 22, 2018, at 8:30 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated: **April 12, 2018**

UNITED STATES MAGISTRATE JUDGE

1