# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON, et al, <br><br> Plaintiffs, <br><br> v. <br><br> FRESNO COUNTY SHERIFF, et al., <br><br> Defendants. | Case No. 1:14-cv-00129-SAB <br><br> ORDER GRANTING REQUEST TO SHORTEN TIME AND VACATING ALL DATES IN THIS MATTER <br><br> Oppositions filed by May 4, 2018 <br> Hearing: May 11, 2018 at 11:00 a.m. in Courtroom 9 |

The Court conducted an evidentiary hearing regarding whether Plaintiff exhausted his administrative remedies on April 10, 2018. The matter was taken under submission following the hearing. On April 20, 2018, Plaintiff's counsel filed a motion to withdraw as attorney and a request to shorten time to hear the motion. The Court finds that good cause exists to grant the request to hear the motion on shortened time. Further, to allow consideration of the motion, all pending dates in this matter shall be vacated to be reset in short order following decision on this motion and the determination of whether Plaintiff exhausted his administrative remedies prior to filing suit in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Any opposition to the motion to withdraw shall be filed on or before **May 4, 2018**;

2. A hearing on the motion to withdraw is set for **May 11, 2018, at 11:00 a.m. in**

1

        **Courtroom 9**;

3. All pending dates are VACATED to allow for decision on the motion to withdraw; and

4. Plaintiff's counsel shall serve a copy of this order, and the motion to withdraw as counsel, including the declaration in support of the motion to be relieved, on Plaintiff and file a proof of service on or before **April 25, 2018**.

IT IS SO ORDERED.

Dated: **April 20, 2018**

UNITED STATES MAGISTRATE JUDGE