# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON, et al, <br><br> Plaintiffs, <br><br> v. <br><br> FRESNO COUNTY SHERIFF, et al., <br><br> Defendants. | Case No. 1:14-cv-00129-SAB <br><br> Appeal No. 18-16324 <br><br> ORDER DIRECTING CLERK OF COURT TO ADMINISTRATIVELY TERMINATE MOTION FOR RECONSIDERATION AND FORWARD TO COURT OF APPEALS FOR THE NINTH CIRCUIT <br><br> (ECF No. 160) |

On July 13, 2018, Plaintiff Perry Washington filed a notice of appeal of the order granting Defendant's motion for summary judgment. (ECF No. 150.) On October 19, 2018, the Court of Appeals for the Ninth Circuit dismissed Plaintiff's appeal for lack of jurisdiction. (ECf No. 159.) On October 25, 2018, Plaintiff filed a motion for reconsideration and a request for an extension of time. Based on review of the motion filed, Plaintiff is seeking reconsideration of the order dismissing his appeal.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to administratively terminate the motion for reconsideration and forward the motion to the Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated: __October 30, 2018__

UNITED STATES MAGISTRATE JUDGE

1